UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-286-CR-SEITZ
98-288-CR-SEITZ
99-758-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JAMES DELEVEAUX,
_____/

## ORDER SETTING FINAL REVOCATION HEARING

This matter is set for Final Revocation Hearing before the undersigned on **May 15, 2008, at 9:00 a.m.**

DONE AND ORDERED in Miami, Florida this 25th day of April, 2008.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Julia Hyle, USPO