# United States District Court
## Southern District of Florida
### MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE<br>(For Revocation of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987) |
| v. | Case Number: 98-286-CR-SEITZ<br>98-288-CR-SEITZ |
| JAMES VINCENT DELEVEAUX<br>Reg. No. 58328-004 | 99-758-CR-SEITZ |

Counsel For Defendant: Philip Horowitz, Esq
Counsel For The United States: Christopher Clark, AUSA
Court Reporter: David Ehrlich

The Court finds the defendant has violated the terms and conditions of supervised release and hereby revokes supervised release.

| VIOLATION NUMBER | NATURE OF VIOLATION | DATE VIOLATION CONCLUDED |
|---|---|---|
| 1 | Failure to submit to drug testing | 2/1/08 |
| 2 | Unlawfully possessing or using a controlled substance | 2/25/08 |
| 3 | Unlawfully possessing or using a controlled substance | 3/10/08 |
| 5 | Failing to perform community service hours | 10/30/07 |

Violation No. 4 was Dismissed on Government's Motion.

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Date of Imposition of Sentence:
May 30, 2008

PATRICIA A. SEITZ
United States District Judge

June 2, 2008

DEFENDANT: JAMES VINCENT DELEVEAUX
CASE NUMBER: 98-286-CR-SEITZ, 98-288-CR-SEITZ, 99-758-CR-SEITZ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **13 months in all three cases, all terms to run concurrently.**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

DEFENDANT: JAMES VINCENT DELEVEAUX
CASE NUMBER:  98-286-CR-SEITZ, 98-288-CR-SEITZ, 99-758-CR-SEITZ

## SUPERVISED RELEASE

No further supervised release